IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE NASH, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. _____ |
| | * |
| CIGNA GROUP INSURANCE, | * |
| | * |
| Defendant. | * |
| | * |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant, CIGNA Group Insurance, by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby removes this action filed as *Carrie Nash v. CIGNA Group Insurance* from the Superior Court of the State of Delaware in and for New Castle County, in which the action is now pending, to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1446, and as grounds for said removal states as follows:

1. The Complaint was filed against Defendant in the Superior Court of the State of Delaware in and for New Castle County, on or about January 8, 2007 in the case captioned *Carrie Nash v. CIGNA Group Insurance*, C.A. No. 07C-01-59 (CLS). Copies of the Complaint, Civil Information Statement, Praecipe, and Summons are attached hereto as Exhibit A. No other pleadings have been filed in this case.

2. The action was commenced by filing a Complaint in the Superior Court of the State of Delaware, in and for New Castle County, by Plaintiff, Carrie Nash. On January 29, 2007, Defendant first received copies of the Complaint, Civil Information

Statement, Praecipe, and Summons by certified mail delivered to P.O. Box 22328, Pittsburgh, PA 15222.

3. In filing this Notice of Removal, Defendant does not waive any objections, exceptions or defenses to Plaintiff's Complaint including, without limitation, failure to properly serve it.

4. The Complaint alleges that plaintiff purchased a life insurance policy from Defendant allegedly insuring the life of her son, Trayonis Allen, and that Plaintiff was allegedly a beneficiary of the life insurance policy. Plaintiff alleges that Defendant has breached the policy of insurance and refuses to make payment according to the terms and conditions of the policy. Defendant denies any liability to Plaintiff.

5. The life insurance policy at issue underwrote benefits provided to Plaintiff through an employee welfare benefit plan established and maintained by Plaintiff's employer, Dover Downs Gaming & Entertainment Inc. Plaintiff's state law causes of action therefore relate to an employee welfare benefit plan, as defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. ("ERISA"), and therefore are preempted under Section 514(a) of ERISA (29 U.S.C. § 1144(a)) and displaced by the ERISA civil enforcement provision, Section 502(a)(1)(B) (29 U.S.C. § 1132(a)(1)(B)) (see *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987)). Accordingly, this Court has original jurisdiction over this action under 29 U.S.C. § 1132(a)(1)(B). CIGNA is therefore entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441.

5. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after Defendant's first receipt of a copy of the

initial pleadings setting forth the claim for relief upon which this action or proceeding is based and within thirty (30) days after receipt of the Complaint by Defendant.

6. As required by 28 U.S.C. § 1446(d) and affirmed in the attached Certificate of Service, Defendant is providing a Notice of Removal to Plaintiff.

7. As required by 28 U.S.C. § 1446(d), a Notice of Removal is being filed on this date in the Superior Court of the State of Delaware in and for the County of New Castle, with this notice.

**WHEREFORE**, for the above-stated reasons, Defendant prays that Civil Action No. 07C-01-59 (CLS), now pending in the Superior Court of the State of Delaware in and for New Castle County, be removed to this Court.

> CONNOLLY BOVE LODGE & HUTZ LLP
>
> _____
> Collins J. Seitz, Jr. (Del. Bar No. 2237)
> Ryan P. Newell (Del. Bar No. 4744)
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE  19899
> (302) 658-9141
>
> *Attorneys for Defendant*

DATED:  February 16, 2007

3

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 16, 2007, a copy of the foregoing Notice of Removal was served by hand delivery and electronic service on the following counsel:

> Brian E. Lutness, Esquire
> Silverman, McDonald & Friedman
> 1010 N. Bancroft Parkway, Suite 22
> Wilmington, DE 19805

_____
Ryan P. Newell (Del. Bar No. 4744)

# EXHIBIT A

02/10/2007 11:37    412-402-3222                CIGNA                      PAGE 10/11

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

FILED PROTHONOTARY
2007 JAN -8 PM 2:39

| | |
|---|---|
| Carrie Nash, | : |
| Plaintiff, | : C.A.No.: 07C-01-59 CLS |
| v. | : ARBITRATION |
| CIGNA GROUP INSURANCE | : TRIAL BY JURY |
| | : OF TWELVE DEMANDED |

## COMPLAINT

1. Plaintiff is a citizen of the State of Delaware.

2. Defendant, Cigna, is licensed to do business in the State of Delaware

3. On November 21, 2002, Plaintiff purchase a life insurance policy from Defendant on her son Trayonis Allen. Plaintiff was the beneficiary of that policy

4. Plaintiff made all payments required on that policy.

5. On January 17, 2006, Trayonis Allen was shot and killed in Jacksonville, Florida.

6. During the three years the Plaintiff made payments, Defendant never questioned Mr. Allens eligibility for this policy.

7. Plaintiff has requested payment pursuant to that policy of insurance.

8. Defendants have breached the policy of insurance and refuse to make payment pursuant to the terms and conditions of the policy.

2007-Feb-12 12:33 PM CIGNA 2157615512         5/7

WHEREFORE, Plaintiff demands judgment against Defendant in the amount of $50,000 plus attorney fees, costs and interest.

*signature*

BRIAN E. LUTNESS
Silverman, McDonald & Friedman
1010 N. Bancroft Pkwy, Suite 22
Wilmington, DE 19805
Attorney for Plaintiff
(302) 888-2900

02/10/2007 11:37    412-402-3222                    CIGNA                              PAGE 05/11

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N) K S                          CIVIL ACTION NUMBER: 07C-01-59 CLS
Civil Case Code: CDBT                    Civil Case Type: Debt/Breach of Contract
                                         (See Reverse Side for Code and Type)

| Caption: | Name and Status of Party filing document: |
|---|---|
| Carrie Nash | Nash - Plaintiff |
| Plaintiff | Document Type: (e.g.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | Complaint |
| | Non-Arbitration ___ |
| | (CERTIFICATE OF VALUE MAY BE REQUIRED) |
| v. | |
| Cigna Group Insurance | Arbitration X  Mediation ___   Neutral Assessment ___ |
| | DEFENDANT (CIRCLE ONE)  ACCEPT  REJECT |
| | JURY DEMAND  YES X   NO ___ |
| | TRACK ASSIGNMENT REQUESTED (CIRCLE ONE) |
| Defendant | EXPEDITED (STANDARD) COMPLEX |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
|---|---|
| Brian E. Lutness | N/A |
| ATTORNEY ID(S): | |
| 3572 | |
| FIRM NAME: | EXPLAIN THE RELATIONSHIP(S): |
| Silverman, McDonald & Friedman | N/A |
| ADDRESS: | |
| 1010 N. Bancroft Parkway | |
| Wilmington, DE 19805 | |
| TELEPHONE NUMBER: | |
| 302-888-2900 | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| FAX NUMBER: | N/A |
| 302-888-2923 | |
| E-MAIL ADDRESS: | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 6/2002

FILED PROTHONOTARY 2007 JAN -8 PM 2:39

*1-2447/ 10410*
*$25.00*

FILED
PROTHONOTARY
2007 JAN -8 PM 2:39

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| CARRIE NASH | : | |
| --- | --- | --- |
| Plaintiff, | : | C.A. NO.: 07C-01-89 |
| v. | : | ARBITRATION |
| CIGNA GROUP INSURANCE | : | JURY OF 12 DEMANDED |
| *P.O. Box 22328* | : | |
| Defendant. | : | |
| *Pittsburg, PA 15222-0328* | | |

PRAECIPE

PLEASE ISSUE SUMMONS, directing the Sheriff of Kent County to serve the Complaint on Defendant ~~Cigna Group Insurance~~ by serving the Delaware ~~Insurance Commissioner~~ pursuant to 18 Del.C. §525.



RECEIVED
JAN 23 2007
DELAWARE INSURANCE DEPT.

BRIAN E. LUTNESS, ESQUIRE
Silverman & McDonald
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiff

SHERIFF'S HANDS
KENT COUNTY, DEL.
2007 JAN 22 AM 10:40

STATE RECEIVED
DOVER, DELAWARE
INSURANCE DEPT.
07 JAN 23 PM 1:40

02/10/2007 11:37    412-402-3222    CIGNA    PAGE 04/11

*Exhs to Notice of Removal*

.T OF THE STATE OF DELAWARE

EW CASTLE COUNTY

| | | |
|---|---|---|
| CARRIE N. | : | |
| Plaintiff, | : | C.A. NO.: 07C-01-59 CLS |
| v. | : | ARBITRATION |
| CIGNA GROUP INSURANCE | : | JURY OF 12 DEMANDED |
| Defendant. | : | |

THE STATE OF DELAWARE:
TO SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

  To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Brian E. Lutness, plaintiff's attorney, whose address is 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware 19805 an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

  To serve upon defendant a copy hereof of the complaint (and of the affidavit of demand if any has been filed by plaintiff). Dated:

1/17/07

PROTHONOTARY

Per Deputy

TO THE ABOVE NAMED DEFENDANT:
  In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense) judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any)

PROTHONOTARY

Per Deputy

2007 JAN 22 AM 10:40 SHERIFF'S HANDS KENT COUNTY, DEL.

2007-FEB-15 15:33 PM CIGNA 2157615512    4/7

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 16, 2007, a copy of the foregoing Notice of Removal was served by hand delivery and electronic service on the following counsel:

> Brian E. Lutness, Esquire
> Silverman, McDonald & Friedman
> 1010 N. Bancroft Parkway, Suite 22
> Wilmington, DE 19805

Ryan P. Newell (Del. Bar No. 4744)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF
CARRIE NASH

**DEFENDANTS**
CIGNA GROUP INSURANCE

**(b)** County Of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County Of Residence Of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Brian E. Lutness, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805    Telephone (302) 888-2900

ATTORNEYS (IF KNOWN)

Collins J. Seitz, Jr. (Bar No. 2237)
Ryan P. Newell (Bar. No. 4744)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899    Telephone (302) 888-6434

## II. BASIS OF JURISDICTION (Place an "X" In One Box Only)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault. Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 830 Patent | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities – Employment | ☐ 535 Death Penalty | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities – Other | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**29 U.S.C. § 1001 et seq.**

Brief description of cause:
**Plaintiff alleges that Defendant has breached a policy of insurance and refuses to make payment according to the terms and conditions of the policy. Defendant denies any liability to Plaintiff.**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND:** $50,000 plus attorney fees, costs and interest.    **C**HECK YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE    DOCKET NUMBER

DATE    SIGNATURE OF ATTORNEY OF RECORD

**February 16, 2007**

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS–44

Authority For Civil Cover Sheet

The JS–44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs – Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below: federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statues unless diversity.**          Example:          U.S. Civil Statute: <u>47 USC 553</u>
                                                   Brief Description: <u>Unauthorized reception of cable service.</u>

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE NASH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. _____ |
| | * | |
| CIGNA GROUP INSURANCE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**CERTIFICATION OF NOTICE OF REMOVAL**

The undersigned attorneys for Defendant CIGNA Group Insurance hereby certify that a Notice of Removal ("Notice") of this action from the Superior Court of the State of Delaware in and for New Castle County, to the United States District Court for the District of Delaware, was given to the Superior Court of the State of Delaware in and for New Castle County, by filing therein a copy of the Notice removing this case to the United States District Court for the District of Delaware, on February 16, 2007.

                                          CONNOLLY BOVE LODGE & HUTZ LLP

                                          _____
                                          Collins J. Seitz, Jr. (Del. Bar No. 2237)
                                          Ryan P. Newell (Del. Bar No. 4744)
                                          The Nemours Building
                                          1007 North Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE  19899
                                          (302) 658-9141

                                          *Attorneys for Defendant*

DATED:  February 16, 2007

Certification of Notice of Removal - Nash v. CIGNA.doc

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 16, 2007, a copy of the foregoing Certification of Notice of Removal was served by hand delivery and electronic service on the following counsel:

        Brian E. Lutness, Esquire
        Silverman, McDonald & Friedman
        1010 N. Bancroft Parkway, Suite 22
        Wilmington, DE 19805

        _____
        Ryan P. Newell (Del. Bar No. 4744)

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_07 - 89\_\_\_

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_2\_\_ COPIES OF AO FORM 85.

FEB 1 6 2007

(Date forms issued)

(Signature of Party or their Representative)

Brian Crosser

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action