IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE NASH, | * |
| Plaintiff, | * |
| v. | * C.A. No. 1:07-cv-00089-UNA (GMS) |
| CIGNA GROUP INSURANCE, | * |
| Defendant. | * |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties in the above-referenced matter, subject to the approval of the Court, that the Defendant as shown in the caption shall be changed to LIFE INSURANCE COMPANY OF NORTH AMERICA in place of CIGNA GROUP INSURANCE.

SILVERMAN, MCDONALD & FRIEDMAN

/s/ Brian E. Lutness
Brian E. Lutness, Esquire (Bar No. 3572)
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900

*Attorney for Plaintiff*

Dated: March 2, 2007

CONNOLLY BOVE LODGE AND HUTZ

/s/ Ryan P. Newell
Ryan P. Newell, Esquire (Bar No. 4744)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorney for Defendant*

Dated: March 2, 2007

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet