# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Ryan Patrick Newell
**TEL** (302) 888-6434
**FAX** (302) 656-0116
**EMAIL** rnewell@cblh.com
**REPLY TO** Wilmington Office

March 2, 2007

Dr. Peter T. Dalleo
Clerk of Court
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re: **Nash v. CIGNA Group Insurance**
**C.A. No. 1:07-cv-000889 (GMS)**

Dear Mr. Dalleo:

Defendant Life Insurance Company of North America ("LINA")[1] and Plaintiff Carrie Nash have mutually agreed to proceed without a jury trial. Therefore, both parties respectfully request that the Court disregard Plaintiff's request for a jury trial.

Respectfully,

Ryan Patrick Newell (Bar No. 4744)

RPN/kah
Enclosure
cc:   Brian Lutness, Esquire (by electronic mail and regular mail)

---

[1] As Noted in its Answer, Defendant LINA was improperly named in the Complaint as CIGNA Group Insurance.