IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE NASH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 1:07-cv-00089-UNA (GMS) |
| | * | |
| LIFE INSURANCE COMPANY OF | * | |
| NORTH AMERICA, | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Life Insurance Company of North America respectfully submits the following corporate disclosure statement.

1. Life Insurance Company of North America is a 100% wholly owned subsidiary of Connecticut General Corporation.

2. Connecticut General Corporation is a 100% wholly owned subsidiary of CIGNA Holdings Inc.

3. CIGNA Holdings Inc. is a 100% wholly owned subsidiary of CIGNA Corporation.

4. CIGNA Corporation is the only publicly traded company.

Respectfully submitted,

/s/ Ryan P. Newell
Ryan P. Newell (Del. Bar No. 4744)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: rnewell@cblhlaw.com
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899-2207
(302)-252-4217
*Attorney for Defendant*

Dated: March 5, 2007