IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE NASH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 1:07-cv-00089-GMS |
| | * | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**JOINT STATUS REPORT**

In accordance with the Court's Order dated June 13, 2007, counsel for the parties have conferred concerning the matters to be considered by the Court at the status and scheduling conference on Tuesday, June 19, 2007, at 11:00 a.m. The parties, having considered each of the items set forth in the Order, hereby submit this joint report as directed by the Court.

1. **Jurisdiction and Service**

The parties agree that the Court has jurisdiction over the subject matter and parties involved in this action. Plaintiff's claims relate to an employee welfare benefit plan, as defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. The Court has original jurisdiction over this action under 29 U.S.C. § 1132(a)(1)(B). All parties are subject to the court's jurisdiction. There are no remaining parties to be served.

2. **Substance of the Action**

This is an action in which Plaintiff alleges that Defendant has breached a policy of life insurance and has refused to make payment according to the terms and conditions of

the policy. Defendant denies any liability to Plaintiff pursuant to the insurance policy at issue.

3. **Identification of Issues**

The issues to be resolved in this litigation include breach of a life insurance policy.

4. **Narrowing of Issues**

The scope of the issues in this case is limited to the policy in question. Defendant believes that there are dispositive issues that are appropriate for a motion for summary judgment. Plaintiff believes that there are questions of fact that still remain.

5. **Relief**

Plaintiff seeks $50,000 plus attorney fees, costs and interest.

6. **Amendment of Pleadings**

The parties presently do not contemplate amendment of the pleadings.

7. **Joinder of Parties**

The parties presently do not contemplate joinder of any additional parties.

8. **Discovery**

In connection with Defendant's Initial Disclosures served on March 15, 2007, Defendant provided Plaintiff with the Administrative Record for Plaintiff's insurance claim. Plaintiff has not provided Defendant with her Initial Disclosures nor any other discovery.

The parties both agree that discovery would be minimal. At this stage, Defendant is not able to ascertain the extent of the discovery it would seek because Plaintiff has not provided her Initial Disclosures. Presumably, discovery would be limited to a small

amount of documents and a few depositions. Discovery should consume as little time and cost as possible.

9. **Estimated Trial Length**

Should the case proceed to trial, the parties estimate a one-day trial. The issues are straightforward, and therefore the parties do not believe that it is possible to reduce the length of trial by stipulations, use of summaries or statements, or other expedited means of presenting evidence.

10. **Jury Trial**

This case does not involve a jury trial. All issues will be presented to the Court, should it to proceed to trial.

11. **Settlement**

There have been settlement discussions, and the parties reached an agreement in principle on April 5, 2007. Defendant provided Plaintiff with a Settlement and Release agreement on April 6, 2007. To date, Plaintiff has not signed the Settlement and Release agreement, despite repeated requests from Defendant. In light of this agreement in principle, the parties do not believe there is a need for referral to a Magistrate for mediation or other ADR mechanism.

12. **Other matters**

The parties agree that there are no other matters conducive to the just, speedy, and inexpensive determination of this action.

13. **Statement**

The parties have conferred about each of the above matters.

| SILVERMAN, MCDONALD & FRIEDMAN | CONNOLLY BOVE LODGE AND HUTZ LLP |
|---|---|
| /s/ Brian E. Lutness | /s/ Ryan P. Newell |
| Brian E. Lutness, Esquire (# 3572) | Ryan P. Newell, Esquire (# 4744) |
| 1010 N. Bancroft Parkway | 1007 N. Orange Street |
| Suite 22 | P.O. Box 2207 |
| Wilmington, DE 19805 | Wilmington, DE 19899 |
| (302) 888-2900 | (302) 658-9141 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated: June 18, 2007 | Dated: June 18, 2007 |