**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Ryan Patrick Newell
**TEL** (302) 888-6434
**FAX** (302) 656-0116
**EMAIL** rnewell@cblh.com
**REPLY TO** Wilmington Office

June 22, 2007

**BY ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    **Nash v. Life Insurance Company of North America**
              **C.A. No. 1:07-cv-00089 (GMS)**

Dear Judge Sleet:

    Please find the attached joint stipulation of dismissal. Pursuant to Your Honor's instructions from the status and scheduling conference on June 19, 2007, counsel for Plaintiff met with Plaintiff. The parties have entered into a settlement agreement. Pursuant to this joint stipulation of dismissal, the matter has been dismissed with prejudice. Therefore, as Your Honor indicated in the status and scheduling conference, the call scheduled for Monday, June 25, 2007 at 9:00 a.m. is no longer necessary.

              Respectfully,

              Ryan Patrick Newell (Bar No. 4744)

RPN/kah
Enclosure
cc:    Brian E. Lutness, Esquire (by electronic filing only, w/enclosure)
        Clerk of Court (by electronic filing and hand delivery, w/enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE NASH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 1:07-cv-00089-UNA (GMS) |
| | * | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| | * | |
| Defendant. | * | |

**STIPULATION OF DISMISSAL**

IT IS STIPULATED by and among the parties, through their respective counsel, that this action, including all claims and counterclaims, is hereby dismissed with prejudice.

SILVERMAN, MCDONALD & FRIEDMAN

/s/ Brian E. Lutness
Brian E. Lutness, Esquire (# 3572)
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900

*Attorney for Plaintiff*

Dated: June 22, 2007

CONNOLLY BOVE LODGE AND HUTZ

/s/ Ryan P. Newell
Ryan P. Newell, Esquire (# 4744)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorney for Defendant*

Dated: June 22, 2007